# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re:<br><br>Ashley I, LLC, and<br>Ashley II of Charleston, LLC, [1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 16-00559-dd<br><br>Jointly Administered |

## ORDER GRANTING DEBTORS'
## MOTION FOR JOINT ADMINISTRATION

**THIS MATTER** came before the Court for an expedited hearing on the Debtors' Motion for Entry of an Order Directing Joint Administration of the Related Chapter 11 Cases pursuant to Fed. R. Bankr. P. 1015(b).

It is hereby **ORDERED** that the Motion is GRANTED, and the cases before this Court titled *In re Ashley I, LLC*, **Case No. 16-00559-dd** and *In re Ashley II of Charleston, LLC*, **Case No. 16-00560-dd** shall be jointly administered as chapter 11 cases with the *Ashley I, LLC* Chapter 11 **Case No. 16-00559-dd acting as the lead case.**

**AND IT IS SO ORDERED**.

---

[1] Ashley I, LLC filed its Chapter 11 petition on February 8, 2016, which is designated as Case No. 16-00559-dd in this Court; Ashley II of Charleston, LLC also filed its Chapter 11 petition on February 8, 2016, which is designated as Case No. 16-00560-dd in this Court. The Court has ordered that these cases be jointly administered.