UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | |
| Ashley I, LLC, and | C/A No. 16-00559-DD |
| Ashley II of Charleston, LLC, | C/A No. 16-00560-DD |
| | Chapter 11 |
| Debtors. | |

ORDER GRANTING DEBTORS' MOTION
FOR JOINT ADMINISTRATION

THIS MATTER comes before the Court on the Debtors' Motion for Entry of an Order Directing Joint Administration of the related chapter 11 cases pursuant to Fed. R. Bankr. P. 1015(b). Ashley I, LLC, filed a petition designated as Case No. 16-00559-DD and Ashley II of Charleston, LLC filed a petition designated as Case No. 16-00560-DD. Both cases were filed on February 8, 2016 and the request for joint administration filed that same day. The Court granted the request to hear this motion on an expedited basis on February 9, 2016, and held a hearing on the matter February 16, 2016. The United States Trustee ("UST") objected to the motion.

Based on the evidence and argument set forth at the February 16, 2016 hearing, the motion for joint administration is GRANTED, and the cases before this Court titled *In re Ashley I, LLC*, Case No. 16-00559-dd and *In re Ashley II of Charleston, LLC*, Case No. 16-00560-dd shall be jointly administered as chapter 11 cases with the *Ashley I, LLC* Chapter 11 Case No. 16-00559-dd as the lead case. Pleadings in these cases shall be filed in Case No. 16-00559 with the following exceptions: (1) the Debtors' monthly operating reports; (2) requests for attorney fees; and (3) proofs of claim. Each of these pleadings

shall be filed in each separate case. Any funds realized from sales of property in these cases shall be apportioned to the Debtor holding record title unless otherwise ordered by the Court.

    AND IT IS SO ORDERED.

**FILED BY THE COURT**
**02/17/2016**



Entered: 02/17/2016

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina