# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

In re:
Ashley I, LLC.

    Debtor.

Case No. 16-00559-dd
Chapter 11

## STATEMENT OF UNITED STATES TRUSTEE CONCERNING THE APPOINTMENT OF THE UNSECURED CREDITORS' COMMITTEE

The United States Trustee has not appointed an unsecured creditors' committee in the above-captioned matter pursuant to 11 U.S.C. §1102. The number of persons willing to serve on such a committee is presently insufficient to form an unsecured creditors' committee.

The United States Trustee will appoint an unsecured creditors' committee upon the request of an adequate number of unsecured creditors.

    Judy A. Robbins
    United States Trustee
    Region Four

    By:   /s/  John T. Stack
    JOHN T. STACK
    Assistant U. S. Trustee
    Attorney No. 4272
    Department of Justice
    Office of United States Trustee
    1835 Assembly Street - Suite 953
    Columbia, South Carolina  29201
    (803) 765-5250

Date: March 16, 2016